Entered on Docket
February 23, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 22, 2016



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) Bankruptcy Case
                                         ) No. 15-30784 DM
PERRY STREET LLC (suspended),            )
                                         ) Chapter 7
                                         )
                    Debtor.              )
_____)

ORDER DENYING MOTION FOR AUTHORIZATION TO COMPROMISE CONTROVERSY

On February 19, 2016, the court held a hearing on the motion of Chapter 7 Trustee Andrea A. Wirum for an order authorizing a compromise between the estate and Ka-Man Carmen Yuen, Chun Pang Yuen, and Angel Siu Yuen (the "Compromise Motion"). Creditor MWKS Perry Street, LLC, opposed the Compromise Motion. For the reasons set forth on the record, the court hereby DENIES the Compromise Motion.

It is so ORDERED.

\* \* \* END OF ORDER \* \* \*

-1-