William C. Lewis, Esq., Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
2225 E. Bayshore Rd., Ste. 200
Palo Alto, CA 94303
Telephone: (650) 322-3300
Facsimile: (650) 327-9720
ecf@williamclewis.com

Attorneys for Creditor
MWKS Perry Street LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re PERRY STREET LLC (suspended),<br><br>Debtor. | Case No.: 15-30784 DM 7<br><br>Chapter 7<br><br>**MWKS PERRY STREET LLC's OBJECTION TO THE TRUSTEE'S PROPOSED AUCTION**<br><br>Date: April 15, 2016<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue<br>   Courtroom 17, San Francisco<br>Judge: Hon. Dennis Montali |

MWKS' OBJECTION TO TRUSTEE'S PROPOSED AUCTION

MWKS Perry Street LLC ("MWKS") hereby objects to the auction noticed by the Trustee and incorporates by reference its earlier Opposition, including the Declarations and Points and Authorities MWKS filed on January 19, 2016 at Docket No. 27 to oppose the Trustee's Application to Compromise Controversy with Ka-Man Carmen Yuen, Chun Pang Yuen, and Angel Siu Yuen. MWKS stands ready and willing to pay the consideration previously offered to the Trustee, but as the one truly aggrieved and injured creditor herein from the conduct of the Debtor and the Yuens, believes the Trustee's fiduciary duty requires her to pursue the avoidance action herein if not transferring it to MWKS. If the court overrules this objection, MWKS reserves the right to bid at that sale without waiving such objection.

Dated: March 31, 2016          LAW OFFICES OF WILLIAM C. LEWIS

                               By: /s/ William C. Lewis
                                   William C. Lewis
                               Attorneys for MWKS Perry Street LLC