Entered on Docket
June 06, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 5, 2017

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Charles P. Maher (SBN 124748)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-996-8280
Fax: 415-680-1712
cmaher@rinconlawllp.com

Counsel for
ANDREA A. WIRUM,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PERRY STREET, LLC,<br><br>Debtor. | Case No. 15-30784 DM<br>Chapter 7<br><br>Date: June 2, 2017<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Ave., 16th Fl.,<br>San Francisco, California<br>Court: Hon. Dennis Montali |

### ORDER AUTHORIZING COMPROMISE

On June 2, 2017, a hearing was held on the compromise proposed by Andrea A. Wirum, Chapter 7 Trustee, with MWKS Perry Street, LLC, and related parties. Charles P. Maher of Rincon Law LLP appeared on behalf of the Trustee. Michael Abel of the McNutt Law Group and George Wolff of the Wolff Law Office appeared on behalf of members of the Yuen family. Nicole Healy of Ropers Majeski Kohn & Bentley appeared on behalf of Colliers International and Malonie Maxwell. Richard van't Rood appeared on behalf of MWKS Perry Street, LLC, and related parties.

The Court has considered the Trustee's notice and supporting papers and the objection of the Yuen family to the proposed compromise. The only objection to the compromise was filed by the Yuen family. For the reasons stated on the record, it is

ORDERED AS FOLLOWS:

1. The objection of the Yuen family is overruled.

2. Trustee is authorized to enter into the compromise described in her May 24, 2017,

notice to creditors.

3. As part of the compromise, MWKS Perry Street, LLC, shall have a reduced and allowed general unsecured claim in the amount of $2,000,000.

4. The Trustee is authorized to dismiss with prejudice the cross-complaint filed by the Debtor in San Mateo County Superior Court Case No. CIV 518553 immediately.

5. The Trustee is authorized to dismiss with prejudice Adversary Proceeding No. 17-03012 DM filed by the Trustee against Colliers International and Malonie Maxwell.

6. The Trustee is further authorized to take those steps and execute those documents she deems necessary to complete the compromise in conformity with her May 24, 2017, notice to creditors.

FORM OF ORDER APPROVED

*/s/Michael C. Abel*
Michael C. Abel, McNutt Law Group LLP
Counsel for the Yuen family members

***END OF ORDER***