Michael St. James (CSBN 95653)
ST. JAMES LAW P.C.
155 Montgomery Street, Suite 1004
San Francisco, California
Telephone: (4156) 391-7566
Facsimile: (415) 391-7568
Email: michael@stjames-law.com

Michael C. Abel (CSBN 187743)
Thomas B. Rupp (CSBN 278041)
MCNUTT LAW GROUP LLP
219 9th Street
San Francisco, California 94103
Telephone: (415) 995-8475
Facsimile: (415) 995-8487
Email: mcabel@ml-sf.com
       trupp@ml-sf.com

Attorneys for Angel Siu Ping Yuen,
Ka-Man Carmen Yuen, Chun Pang Yuen

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 15-30784 DM |
| PERRY STREET LLC, | Chapter 7 |
| Debtor. | **WITHDRAWAL OF CLAIM NO. 4** |

The Proof of Claim filed by Angel Siu Ping Yuen, Ka-Man Carmen Yuen, and Chun Pang Yuen on November 23, 2015, and designated as Claim No. 4-1 in the above-captioned case, is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED: December 4, 2017                MCNUTT LAW GROUP LLP


                                       By:    /s/ *Michael C. Abel*
                                              Michael C. Abel
                                              Attorneys for Angel Siu Ping Yuen,
                                              Ka-Man Carmen Yuen, Chun Pang Yuen