Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for ANDREA A. WIRUM,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PERRY STREET, LLC,<br><br>   Debtor. | Case No. 15-30784 DM<br>Chapter 7<br><br>Date and Time to be Scheduled.<br>Place: 450 Golden Gate Avenue, 16th Floor<br>   Courtroom 17<br>   Hon. Dennis Montali<br>   San Francisco, CA 94102 |

**THIRD AND FINAL APPLICATION OF RINCON LAW, LLP
FOR COMPENSATION AND EXPENSE REIMBURSEMENT
<u>AS COUNSEL FOR CHAPTER 7 TRUSTEE</u>**

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Rincon Law, LLP ("Applicant"), counsel to Andrea A. Wirum, Trustee in Bankruptcy ("Trustee"), respectfully represents:

**I.     INTRODUCTION**

**1.     <u>Debtor</u>:** On June 16, 2015, Perry Street LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

**2.     <u>Trustee</u>:** Andrea A. Wirum is the duly appointed, qualified and acting Chapter 7 Trustee in Bankruptcy ("Trustee") of the Debtor's estate.

**3.     <u>Employment</u>:** On November 29, 2016, the Court authorized the Trustee to employ the law firm of Rincon Law, LLP.

**4. Prior Compensation:** By order dated May 26, 2017, the Court approved Applicant's first application for interim compensation and expense reimbursement, authorizing the Trustee to pay Applicant $70,393 in fees and $368.77 in expenses for services rendered to the estate between November 25, 2016, and April 30, 2017.

By order dated December 1, 2017, the Court approved Applicant's second application for interim compensation and expense reimbursement, authorizing the Trustee to pay Applicant $54,020 in fees and $409.32 in expenses for services rendered to the estate between May 1, 2017 and September 30, 2017.

**5. Current Compensation:** During the course of representing the Trustee from October 1, 2017 through December 18, 2017, Applicant performed the services described in this Application and the invoice attached to the Declaration of Charles P. Maher filed in support hereof ("Declaration"), as summarized on Exhibit A attached hereto. Applicant also incurred the actual and necessary expenses itemized in the invoice attached to the Declaration and summarized on Exhibit A.

**6. Compliance with Guidelines:** Applicant is in compliance with the Guidelines by the U.S. Bankruptcy Court. It has not charged for word processing costs. In certain non-bankruptcy matters, if charged, other online research services (including PACER) are charged at cost. The hourly rates charged by Applicant's bankruptcy attorneys are no less favorable than those rates charged for non-court appointed services.

**7. 2016 Compensation Statement:** This is Applicant's Second Application for Interim Compensation and Expense Reimbursement. Applicant has not entered into any agreement to share any compensation awarded with any other person; the source of any award authorized will be estate funds. Except for payments from the estate authorized by the Court, no payments have been made or promised to Applicant for services in connection with this case. No compensation received by Applicant has been or will be shared and no agreement or understanding exists between Applicant and any other entity for the sharing of compensation received or to be received for services rendered in connection with this case.

/ / /

**8.** **Project Billing:** Applicant has created categories for project billing purposes. These are identified on Applicant's invoices attached to the Declaration of Charles P. Maher.

**9.** **Cash on Hand:** The cash on hand is reflected in the Trustee's final report.

**10.** **Current Chapter 7 Expenses:** All Chapter 7 expenses are reflected in the Trustee's final report.

## II. BACKGROUND

Applicant's most recent fee application covered the period through September 30, 2017. At about the end of the period covered by that second application, Applicant learned that the Yuen family and MWKS Perry Street, LLC, had participated in a mediation and had reached a settlement agreement in principle that called for dismissal of the appeal the Yuens had filed of the order approving the Trustee's compromise with MWKS and others, and withdrawal by the Yuens of their claim in the bankruptcy case. Applicant is informed and believes that, apart from these two elements, the Yuens agreed to pay MWKS a sum of money.

## III. DESCRIPTION OF SERVICES

**A. General Administration**

Applicant communicated frequently with counsel for MWKS regarding the settlement reached at mediation and the formal settlement agreement the Yuens and MWKS expected to execute. The settlement called for the Yuens to withdraw their claim in the bankruptcy case and dismiss their appeal of the order authorizing the Trustee's compromise with MWKS entered in June 2017.

Applicant communicated with counsel for the Yuens regarding the claim withdrawal and dismissal of the appeal. For reasons not known to the Trustee and not germane to the Trustee's administration of the bankruptcy estate, there were some delays in completing the settlement agreement, withdrawing the proof of claim, and dismissing the appeal. Ultimately, both tasks were accomplished.

Due to the pending appeal, the adversary proceeding the Trustee had commenced against Colliers International had not been dismissed and was still pending. A case management conference is set in the future. When the appeal was dismissed, the compromise order became final and

Applicant prepared a stipulation to dismissal of the adversary proceeding and forwarded it to counsel for Colliers. The stipulation was executed and filed with the Court, bringing all litigation to a close.

Applicant communicated from time to time with the Trustee and her accountant regarding preparation of final tax returns and other case-closing issues. Applicant also prepared this final fee application.

Applicant spent 3.4 hours (for $1,870 in fees) completing the tasks necessary on its part for the Trustee to prepare her final report.

## IV. ESTABLISHMENT OF FEES

A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee. *In Re Manoa Finance Company*, 853 F.2d 687, 689 (9th Cir. 1988). Establishing a reasonable hourly rate requires consideration of market rates in the relevant community which are, in turn, at least partly a function of the type of services rendered and the lawyer's experience, skill and reputation. Applicant's services in this matter were performed by Charles P. Maher.

Charles P. Maher earned his law degree from Hastings College of the Law and has 30 years' experience in bankruptcy and insolvency law. During the period covered by this Application, Mr. Maher billed at the rate of $550 per hour.

## V. CONCLUSION & PRAYER

In performing its services during the time period October 1, 2017 through December 18, 2017, Applicant spent 3.4 hours. Applicant believes that the sum of $1,870 is reasonable compensation for those services, calculated on the basis of the hours and hourly rates shown in the attached Summary and the time summaries attached to the Declaration.

Applicant is estimating that an additional hour of work may be required and is estimating additional fees of $550.

In addition, Applicant incurred the actual and necessary expenses of $21.17, as shown in the attached Summary and the expense itemization attached to the Declaration.

/ / /

/ / /

WHEREFORE, Rincon Law, LLP, requests final compensation in the sum of $2,420 (including $550 in estimated additional fees), and expense reimbursement in the sum of $21.17, for services rendered between October 1, 2017 and December 18, 2017, and further requests that prior interim awards be deemed as final.

DATED: December 18, 2017     RINCON LAW, LLP

By: */s/Charles P. Maher*
    Charles P. Maher
    Counsel for Andrea A. Wirum, Chapter 7 Trustee

# Rincon Law LLP

90 New Montgomery, Suite 1400, San Francisco, CA 94105
Mailing: 268 Bush Street, Suite 3335, San Francisco, CA 94104

Charles P. Maher, Partner
cmaher@rinconlawllp.com
415.996.8280 (direct)

December 18, 2017

**Via E-Mail**
trustee@wirum.com

Andrea A. Wirum
P.O. Box 1108
Lafayette, CA 94549

Re: *In re Perry Street, LLC,*
Chapter 7 Case No. 15-30784 DM

Dear Andrea,

     Enclosed is the third and final application of Rincon Law LLP, for compensation and expense reimbursement for services rendered in the above Chapter 7 case.

     The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor-in-possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The Court will also consider timely filed objections by any party in interest at the time of hearing.

Sincerely

*Charles P. Maher*

Charles P. Maher

Enclosure

# RINCON LAW LLP
# PERRY STREET, LLC
# SUMMARY

| PROFESSIONALS, HOURS, AND FEES | | | |
|---|---|---|---|
| **Professional** | **Rate** | **Hours** | **Fees** |
| Charles P. Maher | $550 | 3.4 | $1,870.00 |

| PROJECT BILLING | | |
|---|---|---|
| **Category** | **Time** | **Fees** |
| Administration | 1 | $550.00 |
| Fee Application | 0.8 | $440.00 |
| Settlment of Litigation | 0.4 | $220.00 |
| Yuen Appeal | 1.20 | $660.00 |
| **TOTAL** | **3.4** | **$1,870.00** |

| COST SUMMARY | | |
|---|---|---|
| **Description** | **Quantity** | **Amount** |
| Photocopies | | $5.80 |
| Postage | | $15.37 |
| **TOTAL** | | **$21.17** |

| **TOTAL FEES AND COSTS** | **$1,891.17** |
|---|---|

**EXHIBIT A**